UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** June 6, 2024

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** HUNTER, Terry Lynn
Case No.: 5:22-CR-11-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
United States District Judge

On June 25, 2015, Terry Lynn Hunter was convicted of Conspiracy to Commit Bank Fraud and Aggravated Identity Theft. Ms. Hunter appeared in United States District Court for the Eastern District of Virginia and received 57 months imprisonment, followed by 5 years of supervised release. On February 29, 2016, pursuant to a Reduction of Sentence for Changed Circumstances, her term of imprisonment was reduced to 48 months. She began supervision on September 17, 2021, and a Transfer of Jurisdiction was filed in the Eastern District of North Carolina on January 14, 2022.

Ms. Hunter has performed satisfactorily on supervision. She has submitted to DNA testing, has had no new criminal charges, and has been on low intensity supervision since November 2022. All drug screens have been negative. Ms. Hunter is also gainfully employed and has satisfied all her monetary obligations. Her term of supervision is set to expire on September 16, 2026.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_      6-7-24
Terrence W. Boyle      Date
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

Crim. No. 5:22-CR-11-1BO

TERRY LYNN HUNTER

On September 17, 2021, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton  
Timothy L. Gupton  
Senior U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: June 6, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____7____ day of ___June___, 2024.

Terrence W. Boyle  
United States District Judge